## APPEALS ACCEPTED FOR REVIEW

2005–0078.   Sheaffer v. Westfield Ins. Co.
Holmes App. No. 03CA006, 2004-Ohio-6755. Discretionary appeal accepted and cause consolidated with 2005–0457, *Sheaffer v. Westfield Ins. Co.*, Holmes App. No. 03CA006, 2004-Ohio-6755.

LUNDBERG STRATTON and O'DONNELL, JJ., would also reverse the judgment of the court of appeals on the authority of *Hopkins v. Dyer*, 104 Ohio St.3d 461, 2004-Ohio-6769, 820 N.E.2d 329.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 3, 2005*

[Cite as *05/03/2005 Case Announcements*, 2005-Ohio-2106.]

## MOTION AND PROCEDURAL RULINGS

2001–0871.   State v. Ahmed.
Belmont C.P. No. 99-CR-192. This cause is pending before the court as an appeal from the Court of Common Pleas for Belmont County. Upon consideration of appellant's amended pro se motion to allow supplemental briefing as of right in this case,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

2005–0710.   Garcia v. O'Rourke.
Gallia App. No. 04CA7, 2005-Ohio-1034. This cause is pending before the court as a discretionary appeal. On April 22, 2005, an appeal was filed from the same court of appeals decision being appealed in this case and was assigned case No. 05–0717. Accordingly,

IT IS ORDERED by the court, sua sponte, that a copy of the notice of appeal filed in case No. 05–0717 be deemed as a second notice of appeal in this case.

IT IS FURTHER ORDERED that appellee shall file a memorandum in response addressing both appeals in accordance with S.Ct.Prac.R. III(2) within thirty days from the date of this entry.

## MISCELLANEOUS DISMISSALS

2004–1925.   State ex rel. Pactive Corp./Tenneco Packaging v. Harvey.
Franklin App. No. 03AP-1272, 2004-Ohio-5158. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.